```
BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

**FILED**
JUL 23 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AJELLON DEDEAUX,<br>CORAL WILSON,<br>GLENN BARROWS,<br>JERMAINE NEWMAN,<br>FRANK LOBATOS,<br>RICHARD O'CONNELL,<br>KRISLEN BRIDGES, AND<br>MEUY LAI SAECHAO,<br><br>　　　　　　　　Defendants. | CASE NUMBERS: 2:14-MJ-0149, 2:14-SW-0423 KJN, AND 2:14-SW-0424<br><br>PETITION AND [PROPOSED] ORDER TO UNSEAL COMPLAINT, APPLICATION FOR SEARCH WARRANT, SEARCH WARRANTS AND AFFIDAVIT |

TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Olusere Olowoyeye, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On July 21, 2014, the Honorable Kendall J. Newman, issued orders sealing the complaint, application for search warrant, search warrants and affidavit in Case Numbers: 2:14-mj-0149, 2:14-sw-0423 and 2:14-sw-0424 until further order of the Court.

2. As of today, July 23, 2014, most of the defendants have been arrested and are facing federal

1

1 charges.

2     It is now necessary to unseal the complaint, application for search warrant, search warrants and
3 affidavit referred to above so the defendants may be properly advised of the charges they are facing and
4 the basis thereof.

5     THEREFORE, your petitioner prays that the court unseal the complaint, application for search
6 warrant, search warrants and affidavit in Case Nos. 2:14-mj-0149, 2:14-sw-0423 and 2:14-sw-0424.

8 Dated: July 23, 2014                               BENJAMIN B. WAGNER
                                            United States Attorney

                                            OLUSERE OLOWOYEYE
                                            Assistant United States Attorney

[~~PROPOSED~~] ORDER

IT IS SO FOUND AND ORDERED this 23rd day of July, 2014

                                            THE HONORABLE KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE